

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The Court has considered the Appellant's Motion for Reconsideration En Banc and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court